**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Belverly A. Bogan |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Missouri (State) |
| Case number | 17-44821 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI As Serviced by Nationstar Mortgage LLC | **Court claim no.** (if known): | 7 |
| **Last four digits** of any number you use to identify the debtor's account: | 2424 | | |

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: _____.

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | (2) | |
| 3. | Attorney fees | Proof of Claim Loan Payment History  10/06/2017 | (3) | $250.00 |
| 4. | Filing fees and court costs | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | | (5) | |
| 6. | Appraisal/Broker's price opinion fees | | (6) | |
| 7. | Property inspection fees | | (7) | |
| 8. | Tax advances (non-escrow) | | (8) | |
| 9. | Insurance advances (non-escrow) | | (9) | |
| 10. | Property preservation. Specify: | | (10) | |
| 11. | Other. Specify: | | (11) | |
| 12. | Other. Specify: | | (12) | |
| 13. | Other. Specify: | | (13) | |
| 14. | Other. Specify: | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | (15) | $250.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1     Belverly A. Bogan     Case Number (if known)    17-44821
     First Name    Middle Name    Last Name

## Part 2: Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐    I am the creditor.

☒    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ **Andrew Kussmaul**
Signature

Date    12/08/2017

Print    **Andrew Kussmaul**
     First Name    Middle Name    Last Name

Title    Authorized Agent for Nationstar Mortgage LLC

Company    Buckley Madole, P.C.

Address    14841 Dallas Parkway, Suite 300
     Number    Street

Dallas, Texas  75254
City    State    ZIP Code

Contact phone    (972) 643-6600      Email    POCInquiries@BuckleyMadole.com

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 8, 2017 via electronic notice unless otherwise stated:

**Debtor**      *Via U.S. Mail*
Belverly A. Bogan
12011 Parker Estates Court
Florissant, MO 63033-5042

**Debtors' Attorney**
William H. Ridings, Jr.
Ridings Law Firm
2510 S. Brentwood Blvd, Ste. 205
St. Louis, MO  63144

**Chapter 13 Trustee**
Diana S. Daugherty
P.O. Box 430908
St. Louis, Missouri 63143

        Respectfully Submitted,

        /s/ **Andrew Kussmaul**