**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Belverly A. Bogan |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern   District of   Missouri (State) |
| Case number | 17-44821 |

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** | U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X As Serviced by Nationstar Mortgage LLC d/b/a Mr. Cooper | **Court claim no.** (if known): ___7___ |

**Last four digits** of any number you use to identify the debtor's account:   2424

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐   No
☒   Yes. Date of the last notice: _____12/08/2017_____ .

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed.  Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Dates incurred | | | Amount |
|---|---|---|---|---|---|
| 1. | Late charges | | | (1) | |
| 2. | Non-sufficient funds (NSF) fees) | | | (2) | |
| 3. | Attorney fees | | | (3) | |
| 4. | Filing fees and court costs | | | (4) | |
| 5. | Bankruptcy/Proof of claim fees | Proof of Claim | 11/14/2017 | (5) | $350.00 |
| 6. | Appraisal/Broker's price opinion fees | | | (6) | |
| 7. | Property inspection fees | | | (7) | |
| 8. | Tax advances (non-escrow) | | | (8) | |
| 9. | Insurance advances (non-escrow) | | | (9) | |
| 10. | Property preservation. Specify: | | | (10) | |
| 11. | Other. Specify: | | | (11) | |
| 12. | Other. Specify: | | | (12) | |
| 13. | Other. Specify: | | | (13) | |
| 14. | Other. Specify: | | | (14) | |
| 15. | Total post-petition fees, expenses, and charges. Add all of the amounts listed above. | | | (15) | $350.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

5559-N-1814

Debtor 1 _____ Belverly A. Bogan _____     Case Number (if known) _____ 17-44821 _____
            First Name    Middle Name    Last Name

| Part 2: | Sign Here |
|---|---|

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐    I am the creditor.

☒    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Carlos Hernandez-Vivoni
_____
Signature

Date    03/05/2018

Print        Carlos Hernandez-Vivoni
            _____
            First Name    Middle Name    Last Name

Title    Authorized Agent for Nationstar
         Mortgage LLC d/b/a Mr. Cooper

Company     Bonial & Associates, P.C.

Address     14841 Dallas Parkway, Suite 425
            Number          Street

            Dallas, Texas  75254
            City        State       ZIP Code

Contact phone    (972) 643-6600          Email    POCInquiries@BonialPC.com

**CERTIFICATE OF SERVICE OF NOTICE OF POST PETITION MORTGAGE, FEES, EXPENSES AND CHARGES**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before March 5, 2018 via electronic notice unless otherwise stated:

**Debtor**          *Via U.S. Mail*
Belverly A. Bogan
12011 Parker Estates Court
Florissant, MO 63033-5042

**Debtors' Attorney**
William H. Ridings, Jr.
Ridings Law Firm
2510 S. Brentwood Blvd, Ste. 205
St. Louis, MO  63144

**Chapter 13 Trustee**
Diana S. Daugherty
P.O. Box 430908
St. Louis, Missouri 63143

Respectfully Submitted,

/s/ Carlos Hernandez-Vivoni