**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Belverly A. Bogan |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Missouri (State) |
| Case number | 17-44821 |

## Official Form 410S1

# Notice of Mortgage Payment Change     12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | U.S. Bank National Association, not in its individual capacity but solely as Trustee NRZ PASS-THROUGH TRUST X | **Court claim no.** (if known): | 7-1 |
| **Last four digits** of any number you use to identify the debtor's account: | 2424 | **Date of payment change:** Must be at least 21 days after date of this notice | 08/01/2018 |
| | | **New total payment:** Principal, interest, and escrow, if any | $1,108.20 |

### Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   | Current escrow payment: | $472.14 | New escrow payment: | $500.12 |
   |---|---|---|---|

### Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☐ No
   - ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   | Current interest rate: | 4.1500% | New interest rate: | 4.5000% |
   |---|---|---|---|
   | Current principal and interest payment | $591.90 | New principal and interest payment: | $608.08 |

### Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   | Current mortgage payment: | $ | New mortgage payment: | $ |
   |---|---|---|---|

Debtor 1     Belverly A. Bogan     Case Number *(if known)*   17-44821
First Name   Middle Name   Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐    I am the creditor.

☒    I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ John J. Rafferty          Date   06/25/2018
    Signature

Print:    John J. Rafferty          Title    Authorized Agent for Nationstar Mortgage LLC d/b/a Mr. Cooper
     First Name   Middle Name   Last Name

Company    Bonial & Associates, P.C.

Address    14841 Dallas Parkway, Suite 425
         Number     Street

         Dallas, Texas   75254
         City     State     Zip Code

Contact phone    (972) 643-6600      Email    POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before June 26, 2018 via electronic notice unless otherwise stated:

**Debtor**          *Via U.S. Mail*
Belverly A. Bogan
12011 Parker Estates Court
Florissant, MO 63033

**Debtors' Attorney**
William H. Ridings, Jr.
Ridings Law Firm
2510 S. Brentwood Blvd, Ste. 205
St. Louis, MO  63144

**Chapter 13 Trustee**
Diana S. Daugherty
P.O. Box 430908
St. Louis, Missouri 63143

                          Respectfully Submitted,

                          /s/  **John J. Rafferty**